LETTERS OF ADMINISTRATION

REGISTER'S OFFICE
PHILADELPHIA COUNTY, PA

N° A1254-2011

ESTATE OF **Carmelo Harold Winans**

Social Security No. 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

WHEREAS, **Carmelo Harold Winans** late of 1734 N. 3rd Street, Philadelphia, PA 19122

died on the 13th day of March, 2011;

and

WHEREAS, the grant of letters of administration is required for the administration of his estate.

THEREFORE, I, RONALD R. DONATUCCI, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County of Philadelphia in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters of Administration

to **Bernadette Winans**

who ha s duly qualified as Administrator of the estate of the above named decedent and ha s agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the 23rd day of March 2011

*Domenic Dinella*
*Deputy Register*

10-36 (Rev. 10/99)