IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE WINANS<br>as Administrator of the Estate of<br>CARMELO WINANS, deceased<br>and on behalf of<br>Minor Plaintiffs<br>H         W    and<br>J    B<br>　　　　　Plaintiffs<br><br>　　　v.<br><br>PO RICHARD NICOLETTI,<br>PO MATTHEW McCARTHY<br>　　　　and<br>CITY OF PHILADELPHIA,<br>　　　　　Defendants | :<br>:<br>: CIVIL ACTION NO. 11-05138-WY<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STATEMENT OF LAVONNE BECKHAM

I, L    B       , parent and natural guardian of minor plaintiffs H         W    and J    B       in the above-captioned matter, do hereby state that I have reviewed the Motion to Approve Settlement and Distribution and I believe the proposed settlement and distribution to be just and reasonable and I have no objections to the proposed settlement and distribution.

Date: 12-23-13

　　　　　　　　　　　　　　　　　　L    B