Wealth Management  
1200 Lenox Drive, Suite 300  
Lawrenceville, NJ 08648

tel. 609 620 7141  
fax. 609 620 7292

# Morgan Stanley

**Structured Settlement Summary**

H: W

Date of Birth –      /99

November 19, 2013

| Plan | Cost | Guaranteed Benefit | Estimated Life Benefit |
|---|---|---|---|
| Final | $50,000 | $74,000 | $74,000 |

Lump sum payments as follows:

$15,000.00 payable at age 19 (     '2018).  
$25,000.00 payable at age 25 (     '2024).  
$34,000.00 payable at age 30 (     '2029).

All lump sum payments will be paid to either H      W      or his estate.

*All ages shown are for illustrative purposes only.*

These rates are currently available through Berkshire Hathaway Life Insurance Company of Nebraska and are subject to change.

The information in this report is based on data supplied by you and is intended to be used as a guide for your financial strategy. The information and data were obtained from sources deemed reliable. Their accuracy or completeness is not guaranteed and subject to change with current market conditions. There is no guarantee that the figures presented will be attainable in the future. Morgan Stanley Smith Barney LLC and its Financial Advisors and Investment Representatives do not offer tax advice. Individuals should consult their personal tax advisor before making any tax-related investment decisions.