IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE WINANS<br>as Administrator of the Estate of<br>CARMELO WINANS, deceased<br>and on behalf of<br>Minor Plaintiffs<br>　　　　Plaintiffs<br><br>v.<br><br>PO RICHARD NICOLETTI,<br>PO MATTHEW McCARTHY<br>and<br>CITY OF PHILADELPHIA,<br>　　　　Defendants | CIVIL ACTION NO. 11-05138-JS |

ORDER TO FILE UNDER SEAL

AND NOW, this *14th* day of *September*, 2017, it is hereby **ORDERED** and **DECREED** that Minor Plaintiffs' Motion to Amend Order for Partial Distribution of Minors' Settlement Proceeds, and any order thereupon, shall be **FILED UNDER SEAL**.[1]

BY THE COURT:

*/s/ [signature]*
U.S. District Judge

---

[1] The motion contains the minors' names and bank account information, and are not readily amenable to redaction.